DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| | | | |
|---|---|---|---|
| 137P12-2 | State v. Ellerek Dermot Vaughters | 1. Def's *Pro Se* PWC to Review Order of COA | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| 142A03-2 | State v. John Henry Thompson | Def's PWC to Review Order of Guilford County Superior Court | See Special Order |
| 145P12 | State v. John Braver Friend | 1. Def's Motion for Temporary Stay (COA11-572) | 1. Allowed **04/09/12;** Dissolved the Stay **12/12/12** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's NOA Based Upon a Constitutional Question | 3. - - - |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. State's Motion to Dismiss Appeal | 5. Allowed |
| 148P10-5 | State v. Lance Adam Goldman | 1. Def's *Pro Se* Motion for Complaint (COAP12-225) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Complaint | 2. Dismissed |
| 148P10-6 | State v. Lance Adam Goldman | 1. Def's *Pro Se* Motion for Complaint | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for a Lawyer | 2. Dismissed as Moot |
| | | 3. Def's *Pro Se* Motion for a Trial by Jury | 3. Dismissed |
| 150P12 | State v. Daniel Lee Fennell | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1148) | Denied |
| 156PA12-2 | Inland Harbor Homeowners Association, Inc. v. St. Josephs Marina, LLC, Renaissance Holdings, LLC, St. Josephs, LLC, Dewitt Real Estate Services, Inc., Dennis Barbour, Randy Gainey, Thomas A. Saieed, Jr., Todd A. Saieed, Robert D. Jones, and The North Carolina Coastal Resources Commission | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA11-715-2) | 1. See Special Order |
| | | 2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 2. See Special Order |